JOSEPHINE A. WARNER, Appellant, *v.* THE STATE OF
NEW YORK, Respondent.

*Warner* v. *State of New York*, 132 App. Div. 611, affirmed.
(Argued February 21, 1912; decided March 8, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 4, 1909, reversing a judgment of the Court of Claims
in favor of the claimant and dismissing the proceedings.

The claim was for damages arising from a change of
grade of a highway.

*Hugo Hirsh* and *N. R. Holmes* for appellant.

*Thomas Carmody,* Attorney-General (*Henry Selden
Bacon* and *Edward G. Griffin* of counsel), for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

CONCUR: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.